UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM FISHER,

                Plaintiff,

     v.                                          5:06-CV-0841

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| OLINSKY, SHURTLIFF LAW FIRM<br>300 S. State St., 5th Floor<br>Syracuse, NY 13202 | HOWARD OLINSKY, ESQ. |
| FOR DEFENDANT: | |
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |
| OFFICE OF GENERAL COUNSEL<br>Social Security Administration<br>26 Federal Plaza<br>New York, NY 10278 | BARBARA L. SPIVAK, ESQ.<br>Chief Counsel, Region II |

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate

Judge David E. Peebles, duly filed on the 19th day of February 2008. Following ten days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The plaintiff's motion for judgment on the pleadings is granted, the Commissioner's finding of disability is vacated, and the matter is remanded to the agency for further consideration.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: March 5, 2008
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge